**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| DONNA K. CARRICO ) | BANKRUPTCY CASE NUMBER 10-10266 |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

    CLAIM # 5    Business & Professionals, Inc.    $ 4.15
                          Post Office Box 5203
                          Fort Wayne, Indiana 46895

                                               **TOTAL:** $ 4.15

Respectfully submitted,

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana 46802
Telephone: 260 / 407-7000
ygk@sak-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of August, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven